# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| North Point Capital Partners, LLC, d/b/a Asset Recovery Corporation, | Civil No. 08-695 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Asset Recovery & Recycling, Inc., | |
| Defendant. | |

**IT IS ORDERED** that on or before June 19, 2008, Defendant is directed to serve and file a responsive memorandum to Plaintiff's Motion for Reimbursement of Attorneys' Fees, Costs and Disbursements.

Dated:  June 12, 2008

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge